

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

February 17, 2015

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Helsinn Healthcare S.A., et al. v. Dr. Reddy's Laboratories, Ltd., et al.,* Civil Action No.: 14-4274 (MLC)(DEA);
*Helsinn Healthcare S.A., et al. v. Teva Pharmaceuticals USA, Inc. et al.,* Civil Action No.: 14-6341 (MLC)(DEA)

Dear Judge Arpert:

      Pursuant to Your Honor's directive during the February 11, 2015 Initial Scheduling Conference, I enclose a proposed form of order, approved by all parties, consolidating the referenced cases and staying discovery until the completion of trial in Civil Action No. 11-3962.

      Respectfully,

      */s/ Mayra V. Tarantino*

      Mayra V. Tarantino

MVT:emp
Enclosure
cc:     All Counsel (via ECF)

410269.1