**SAUL EWING ARNSTEIN & LEHR** LLP

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

December 5, 2019

**VIA ECF & FEDEX**

The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Helsinn Healthcare S.A., et al. v. Teva Pharm. USA, Inc., et al.*
            Civil Action No. 14-4274 (SRC)(CLW)

Dear Judge Chesler:

    This firm, together with Paul Hastings LLP, represents Plaintiffs Helsinn Healthcare S.A., Helsinn Advanced Synthesis S.A., Helsinn Birex Pharmaceuticals Ltd., Helsinn Therapeutics (U.S.), Inc., and Eisai Inc. in the above-referenced matter.

    We are pleased to inform the Court that the parties have reached an amicable resolution of this matter. Enclosed for Your Honor's consideration is a Dismissal Order, which, subject to Your Honor's approval, would dismiss this case without prejudice. If the enclosed Dismissal Order meets with the Court's approval, we respectfully request that Your Honor sign and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                    Respectfully yours,

                                    Charles M. Lizza

Enclosure

cc:    Hon. Cathy L. Waldor, U.S.M.J. (via ECF)
        All counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiffs*<br>*Helsinn Healthcare S.A.,*<br>*Helsinn Advanced Synthesis S.A.,*<br>*Helsinn Birex Pharmaceuticals Ltd.,*<br>*Helsinn Therapeutics (U.S.) Inc., and*<br>*Eisai Inc.* | Liza M. Walsh<br>Eleonore Ofosu-Antwi<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1011<br>lwalsh@walsh.law<br>eofosuantwi@walsh.law<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc. and*<br>*Teva Pharmaceuticals Industries Ltd.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A., HELSINN ADVANCED SYNTHESIS S.A., HELSINN BIREX PHARMACEUTICALS LTD., HELSINN THERAPEUTICS (U.S.), INC., and EISAI INC.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>                    Defendants. | **Civil Action No. 14-4274 (SRC)(CLW)**<br>**(Consolidated)**<br><br><br><br>**(Filed Electronically)** |

**DISMISSAL ORDER**

This action for patent infringement (the "Litigation") has been brought by Helsinn Healthcare S.A., Helsinn Advanced Synthesis S.A., Helsinn Birex Pharmaceuticals Ltd., Helsinn Therapeutics (U.S.), Inc., and Eisai Inc., (collectively, "Plaintiffs") against Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., (collectively, "Teva" or

"Defendants") for alleged infringement of United States Patent No. 8,729,094 (the "Helsinn Patent").

Plaintiffs and Teva now consent to this Dismissal Order and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims presented by Plaintiffs in the Litigation are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

2. This court retains jurisdiction over Plaintiffs and Teva for purposes of enforcing this Dismissal Order.

SO STIPULATED:

Date: December 5, 2019

By: /s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Of Counsel*:

Joseph M. O'Malley, Jr.
Eric W. Dittmann
Isaac S. Ashkenazi
Young J. Park
Maria C. Nunez
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A.,*
*Helsinn Advanced Synthesis S.A.,*
*Helsinn Birex Pharmaceuticals Ltd.,*
*Helsinn Therapeutics (U.S.) Inc., and*
*Eisai Inc.*

By: s/ Liza M. Walsh
Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1011
lwalsh@walsh.law
eofosuantwi@walsh.law

*Of Counsel:*

George C. Lombardi
WINSTON &STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
glombardi@winston.com

Jovial Wong
Zachary B. Cohen
WINSTON &STRAWN LLP
1700 K Street
Washington, DC 20006
jwong@winston.com
zcohen@winston.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceuticals Industries Ltd.*

**SO ORDERED:**

This _____ day of _____, 2019

_____

Hon. Stanley R. Chesler, U.S.D.J.